# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * *
                                    *
MARK AND SHAYLA BAILEY,             *
                                    *
            Plaintiffs,             *
                                    *   Nos. 15-1252; 15-12523L
      v.                            *   Filed: August 7, 2018
                                    *
UNITED STATES,                      *
                                    *
            Defendant.              *
                                    *
* * * * * * * * * * * * * * * * * * *
```

### O R D E R

The court is in receipt of the joint stipulation to voluntarily dismiss certain plaintiffs' claims in the case of John Arnold, et al. v. United States, Case No. 15-1252L, including the above-captioned plaintiffs. The claims associated with the above-captioned plaintiffs are, hereby, **SEVERED** from the case of John Arnold, et al. v. United States, Case No. 15-1252L, and shall be reorganized, for case management purposes, into the above-captioned case, Mark and Shayla Bailey v. United States, and assigned Case No. 15-12523L. The court **DISMISSES**, without prejudice, the property claims of Mark and Shayla Bailey. The Clerk's Office shall enter **JUDGMENT** consistent with this Order, pursuant to Rule 41 of the Rules of the United States Court of Federal Claims. As the Order disposes of all properties of the named plaintiffs, Case No. No. 15-12523L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiffs herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs and properties in the case of John Arnold, et al. v. United States, Case No. 15-1252L.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**